PROOF OF SERVICE OF:

Temporary Restraining Order

On May 10, 2022 This Court authorized alternative service in this case where Plaintiff was granted leave to complete service by either (1) email or (2) website publication. Plaintiff may have misunderstood that service should be by both email and website, and therefore took extra efforts to make sure that both were modes (email and publication) were accomplished.  This is particularly because Plaintiff is concerned that some emails might be unreliable, or for some reason might not reach a particular Defendant.

Accordingly on May 27, 2022, Plaintiff  confirmed that each of the Defendants has been sent an  email with the Motion for Temporary Restraining Order and Order to Show Cause why a Preliminay Restraining Order should Not Issue.  Accordingly the TRO Order and the Order to Show Cause were provided to all Defendants and that also website publication  were served by that duplicated means.

Accordingly, it is hereby declared under penalty of perjury that under my supervision the Temporary Restraining Order, granted by this Court on May 18, 2022 have been served by email and website publication on all Defendants in this matter.  In addition, Plaintiff has emailed notice to Defendants that the Court has scheduled a hearing on the Order to Show Cause as to the Preliminary Injunction.  The hearing is scheduled for May 31, 2022

May 27, 2022                                                  /s/Patricia Ray

                                                                         211 Yacht Club Way Apt

                                                                          138 Redondo Beach Ca 90277

                                                                          Email:raypatricia@yahoo.com

---

Text of email service by email to each Defendant (with website publication):

On March 3, 2022, in the United States District Court for the Western District of Pennsylvania, Chanqi Liu filed a Complaint for Damages and Injunctive Relief. The filings and orders in this matter are available to view or download below. You may also find these documents posted on the following website:

https://dnriplaws.com/bulletin-board

**NOTICE TO DEFENDANTS**

If you fail to respond to this Complaint, judgment by default may be entered against you for the relief demanded in the Complaint.

To prevent this from happening you must file a response with the Court Clerk within twenty-one (21) days of the date the Summons and Complaint were served upon you.  Your response must be in the proper form and have proof of service upon the plaintiff's attorney

Patricia Ray

D&R I.P. LAW FIRM, APLC

108 N. Ynez Avenue, Suite 208, Monterey Park, CA 91754

Telephone: (626) 447-7788

Email: raypatricia@yahoo.com