IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHUANQI LIU, an individual<br><br>       Plaintiff,<br><br>vs.<br><br>FOUJOY, YBEKI, LINGMAI, SUNJOYCO, FANCYES, AUCARKEE, DAWAY, MONDAY, LAUS, SIHMQIK, NEUFLY, ACCOT, SGODDE, NOVASHION, EBIKELING, IPOW, NONBRAND, YQ&TL, WUSUOWEI, GAODINGD and DAOZX Individuals, Partnerships and Individuals, Partnerships and Unincorporated Associations as identified on Schedule A<br><br>       Defendants | Case No.: 2-22cv 00367 CCW<br><br>**NOTICE OF HEARING RE: PROPOSED PRELIMINARY INJUNCTION** |

To all Defendants from Plaintiff

This is a notification sent by email and website publication from Plaintiff to Defendants that the Court has scheduled a Show Cause Hearing concerning the Issuance of a Preliminary Injunction   It is scheduled for 5/31/2022 (May 31, 2022)

/s/. _____Patrici Ray_____

Patricia Ray, on behalf of Plaintiff

Email: raypatricia@yahoo.com