| | |
|---|---|
| **From:** | Patricia ray |
| **To:** | Mercier, Judith M (ORL - X25151) |
| **Cc:** | ebmatters; Yoon, Eric (PHL - X49537) |
| **Subject:** | Re: eBay- Liu v. Foujoy et al - Preliminary Injunction Order |
| **Date:** | Friday, July 8, 2022 2:20:03 PM |

*[External email]*
Dear Counsel
Schedule B is irrelevant. It is a summary taken from the complaint and our research. All of those companies on schedule B are also on Schduke A
Thank you
Patricia


Sent from Yahoo Mail for iPhone


On Friday, July 8, 2022, 10:14 AM, Mercier, Judith M (ORL - X25151) <Judy.Mercier@hklaw.com> wrote:

> Patricia,
>
>
> The Order only refers to Schedule A, not Schedule B. If you get the Order amended to include Schedule B, then eBay can comply.
>
>
> Judy
>
>
> **Judith Mercier | Holland & Knight**
> Partner
> Holland & Knight LLP
> 200 South Orange Avenue, Suite 2600 | Orlando, Florida 32801
> Phone 407.244.5151 | Fax 407.244.5288
> judy.mercier@hklaw.com | www.hklaw.com
>
> Add to address book | View professional biography
>
>
> **From:** Patricia ray <raypatricia@yahoo.com>
> **Sent:** Friday, July 8, 2022 11:20 AM
> **To:** Mercier, Judith M (ORL - X25151) <Judy.Mercier@hklaw.com>
> **Cc:** ebmatters <ebmatters@hklaw.com>; Yoon, Eric (PHL - X49537) <Eric.Yoon@hklaw.com>
> **Subject:** Re: eBay- Liu v. Foujoy et al - Preliminary Injunction Order

**Exhibit 2**

*[External email]*

Dear Judy

Thank you for your email.   Schedule B listings are already included in the complaint.  It was a list of infringing entities from the complaint the we had located as sellers on eBay — provided for your convenience

Accordingly please take the steps directed in the Judge's order to end those listings

I may be reached at phone number 2159086810 for further explanations

Best Regards

Patricia Ray

Sent from Yahoo Mail for iPhone

On Friday, July 8, 2022, 8:11 AM, Mercier, Judith M (ORL - X25151) <Judy.Mercier@hklaw.com> wrote:

> Patricia,
>
> This firm represents eBay Inc. and I'm writing to you about the letter along with Schedule and Schedule B that you sent to eBay along with a copy of the Preliminary Injunction Order in the above referenced action.  We note that Schedule B is not part of the Court's Order.
>
> In order for eBay to end listings or action any accounts, you can either (1) use eBay's VeRO (https://www.ebay.com/sellercenter/ebay-for-business/verified-rights-owner-program) and file NOCIs (Notices of Claimed Infringement) with the eBay listings you identified in Schedule B to end the listings, or (2) you can amend your filings to include the eBay listings from Schedule B so there is a Court order covering those listings.
>
> Please let us know which option you will pursue.  If you would like to discuss on a call, please let me know.
>
> Judy
>
> **Judith Mercier** | **Holland & Knight**

**Exhibit 2**

Partner
Holland & Knight LLP
200 South Orange Avenue, Suite 2600 | Orlando, Florida 32801
Phone 407.244.5151 | Fax 407.244.5288
judy.mercier@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

**Exhibit 2**