IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHUANQI LIU, an individual<br><br>      Plaintiff,<br><br>vs.<br><br>FOUJOY, YBEKI, LINGMAI, SUNJOYCO, FANCYES, AUCARKEE, DAWAY, MONDAY, LAUS, SIHMQIK, NEUFLY, ACCOT, SGODDE, NOVASHION, EBIKELING, IPOW, NONBRAND, YQ&TL, WUSUOWEI, GAODINGD and DAOZX Individuals, Partnerships and Individuals, Partnerships and Unincorporated Associations as identified on Schedule A,<br><br>      Defendants. | Case No.: 2-22cv 00367 CCW<br><br>**MOTION TO WITHDRAW** |

MOTION TO WITHDRAW

      Counsel for Plaintiff in the above entitled matter is seeking permission of the Court to withdraw from representation and participation in this case and wishes to have no further professional obligation, responsibility or duty to Plaintiff in this matter. The reasons for withdrawal are that current counsel is no longer retained by Plainiff and no longer receives communications from Plaintiff.  Accordingly it would not be possible for current counsel to correctly understand or represent the interests of the Plaintiff. Plaintiff's address is Suite 3001, Block 9, No. 1, Poly Bund, Xiaohuagpu Ronggui Town, Shunde District, Foshan City, Guangdong Province, China.

Plaintiff has been provided notice of this action to withdraw, but has not indicated a succeeding attorney.  Counsel has successfully communicated with  Plaintiff for

this limited purpose and he has signed a letter permitting the withdrawl which letter is filed along with the instant Motion to Withdraw.

Notice of this Motion will be provided to those parties registered with the case through the Pacer CM/ECF filing system.

A pertinent (proposed) Order is provided for the Court.

Date February 8, 2023

<u>/s/Patricia Ray</u>

Patricia Ray, Attorney for Plaintiff

David & Raymond IP Law Firm