# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHUANQI LIU, an individual

      Plaintiff,

vs.

FOUJOY, YBEKI, LINGMAI, SUNJOYCO, FANCYES, AUCARKEE, DAWAY, MONDAY, LAUS, SIHMQIK, NEUFLY, ACCOT, SGODDE, NOVASHION, EBIKELING, IPOW, NONBRAND, YQ&TL, WUSUOWEI, GAODINGD and DAOZX Individuals, Partnerships and Individuals, Partnerships and Unincorporated Associations as identified on Schedule A,

      Defendants.

Case No.: 2-22cv 00367 CCW

---

### Statement of Plaintiff Regarding Permission Counsel to Withdraw

I am Chuanqi Lui, Plaintiff in this case. I understand that my legal counsel, Patricia Ray of D&R I.P. Law Firm is requesting to withdraw from representing me. I give my permission for this withdrawal. While the case has been well done by my lawyer, I am currently contemplating how to move forward with my business. I have not decided whether it makes sense to spend time and expense on further legal action. Therefore, I have agreed to release my legal counsel from further duty or representation concerning this case.

Respectfully,

Chuanqi Liu *Liu Chuanqi* 刘传奇

Date: January 22, 2023